IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**DIANA MEY, individually and on behalf of a class of all persons and entities similarly situated,**

      Plaintiff,

v.                                                                                                    Case No.: 5:17-cv-167
                                                                                                  JUDGE STAMP

**RTI INTERNATIONAL,**

      Defendants.

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)

Plaintiff Diana Mey, by counsel, hereby voluntarily dismisses her claims against RTI International pursuant to Rule 41(a)(1)(A)(i). Each party shall bear their own attorneys' fees and costs.

Dated: April 9, 2018

                                                            **Respectfully submitted,**
                                                            Plaintiff
                                                            By Counsel

*/ s/ John W. Barrett*
John W. Barrett (WVSB#7289)
Jonathan R. Marshall (WVSB#10580)
Ryan M. Donovan (WVSB#11660)
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
Telephone: (304) 345-6555
jbarrett@baileyglasser.com
jmarshall@baileyglasser.com
rdonovan@baileyglasser.com

Edward A. Broderick (pro hac vice pending)
Anthony Paronich (pro hac vice pending)

BRODERICK & PARONICH, P.C.
99 High St., Suite 304
Boston, MA 02110
Telephone: (617) 738-7080
ted@broderick-law.com
anthony@broderick-law.com

Matthew P. McCue (pro hac vice pending)
THE LAW OFFICE OF MATTHEW P. MCCUE
1 South Avenue, Suite 3
Natick, MA  01760
Telephone: (508) 655-1415
mmccue@massattorneys.net
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I, John W. Barrett, hereby certify that on April 9, 2018, I caused to be filed the foregoing with the Clerk of the Court using the CM/ECF System, which caused a true and accurate copy of such filing to be served upon all attorneys of record.

                                      */s/ John W. Barrett*
                                      John W. Barrett
                                      Bailey & Glasser LLP
                                      209 Capitol Street
                                      Charleston, West Virginia 25301
                                      Telephone: (304) 345-6555
                                      Facsimile: (304) 342-1110
                                      Email: jbarrett@baileyglasser.com