IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DIANA MEY, individually and
on behalf of all others
similarly situated,

    Plaintiff,

v.                                                  Civil Action No. 5:17CV167
                                                                 (STAMP)
RTI INTERNATIONAL,

    Defendant.

## ORDER APPROVING VOLUNTARY DISMISSAL

On April 9, 2018, the plaintiff, by counsel, filed a notice voluntarily dismissing her claims against the defendant in the above-styled civil action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The plaintiff's notice of voluntary dismissal (ECF No. 12) is hereby APPROVED. Accordingly, it is ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE and that this civil action be STRICKEN from the active docket of this Court.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:    April 9, 2018

                                                            /s/ Frederick P. Stamp, Jr.
                                                            FREDERICK P. STAMP, JR.
                                                            UNITED STATES DISTRICT JUDGE